IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL ACTION |
| | ) | |
| v. | ) | No. 12-20141-12-KHV |
| | ) | |
| CHARLES EASLEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MEMORANDUM AND ORDER**

On June 20, 2014, the Court sentenced defendant to 121 months in prison and five years of supervised release. The Court later reduced defendant's sentence to 120 months. This matter is before the Court on defendant's Motion To Terminate Term Of Supervised Release (Doc. #1261) filed March 18, 2024. The United States Probation Office supports defendant's motion, but the United States Attorney opposes it. For reasons stated below, the Court sustains defendant's motion.

The Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). The Court has "broad discretion" to grant or deny termination of supervised release. Rhodes v. Judiscak, 676 F.3d 931, 934 (10th Cir. 2012) (citing Burkey v. Marberry, 556 F.3d 142, 144–45 (3d Cir. 2009)).

The Court has considered the positions of the United States Attorney and the United States Probation Office, as well as the factors set forth in 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6) and (a)(7). For substantially the reasons stated in defendant's Motion To Terminate Term Of Supervised Release (Doc. #1261), the Court finds that defendant's

term of supervised release should be terminated.

**IT IS THEREFORE ORDERED** that defendant's Motion To Terminate Term Of Supervised Release (Doc. #1261) filed March 18, 2024 is **SUSTAINED**.  The Court terminates the remaining term of defendant's supervised release.  Defendant is discharged.

Dated this 19th day of April, 2024 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge